**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: LAURENT, BETH A. | § Case No. 13-81478-TML |
| | § |
| | § |
| Debtor(s) | § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 25, 2013. The undersigned trustee was appointed on November 17, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      69,347.20

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 42,795.75 |
| Administrative expenses | 15,595.49 |
| Bank service fees | 87.12 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 10,868.84 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/07/2013 and the deadline for filing governmental claims was 10/22/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,387.52. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $6,173.92 as interim compensation and now requests the sum of $213.60, for a total compensation of $6,387.52.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $21.76 and now requests reimbursement for expenses of $0.00, for total expenses of $21.76.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/16/2019    By: /s/STEPHEN G. BALSLEY
                        Trustee, Bar No.: 0104841

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-81478-TML  **Trustee:** (330410) STEPHEN G. BALSLEY
**Case Name:** LAURENT, BETH A.  **Filed (f) or Converted (c):** 04/25/13 (f)
 **§341(a) Meeting Date:** 05/31/13
**Period Ending:** 04/16/19  **Claims Bar Date:** 11/07/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3739 Harwood Lane, Rockford, IL | 109,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash from wages | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account at 5th Third Bank, Freeport, IL | 2,000.00 | 1,250.00 | | 0.00 | FA |
| 4 | Furniture, furnishings, appliances | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Books, pictures, dvds, music cds | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Debtor's clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Rings, watches | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Misc. sporting goods and recreational items | 150.00 | 0.00 | | 0.00 | FA |
| 9 | Wife receives approx. $15,000 per year | 90,000.00 | 105,000.00 | | 69,347.20 | FA |
| 10 | Workers Comp Claim | Unknown | 0.00 | | 0.00 | FA |
| 11 | Social security | 1,500.00 | 0.00 | | 0.00 | FA |
| 12 | 2006 Ford Escape | 4,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2011 Harley Davidson | 15,000.00 | 0.00 | | 0.00 | FA |
| 14 | Misc. household implements and tools | 150.00 | 0.00 | | 0.00 | FA |
| 15 | lawn mower and misc. lawn equipment | 200.00 | 0.00 | | 0.00 | FA |
| 15 | **Assets Totals** (Excluding unknown values) | **$225,250.00** | **$106,250.00** | | **$69,347.20** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** September 30, 2014   **Current Projected Date Of Final Report (TFR):** April 8, 2019  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-81478-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | LAURENT, BETH A. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6366 - Checking Account |
| Taxpayer ID #: | **-***7763 | | Blanket Bond: | $2,827,000.00 (per case limit) |
| Period Ending: | 04/16/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/31/14 | {9} | Tom Moore | Annual payment owed to Debtor per marital settlement agreement | 1129-000 | 15,000.00 | | 15,000.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.85 | 14,979.15 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.54 | 14,957.61 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.79 | 14,936.82 |
| 07/25/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -20.79 | 14,957.61 |
| 07/31/14 | 101 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $63.75, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 63.75 | 14,893.86 |
| 07/31/14 | 102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $3,889.25, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,889.25 | 11,004.61 |
| 07/31/14 | 103 | FIA CARD SERVICES, N.A. | Dividend paid 65.85% on $417.50; Claim# 1; Filed: $417.50; Reference: | 7100-000 | | 274.94 | 10,729.67 |
| 07/31/14 | 104 | Quantum3 Group LLC as agent for | Dividend paid 65.85% on $1,214.51; Claim# 2; Filed: $1,214.51; Reference: | 7100-000 | | 799.76 | 9,929.91 |
| 07/31/14 | 105 | Portfolio Recovery Associates, LLC | Dividend paid 65.85% on $9,207.88; Claim# 3; Filed: $9,207.88; Reference: | 7100-000 | | 6,063.42 | 3,866.49 |
| 07/31/14 | 106 | Portfolio Recovery Associates, LLC | Dividend paid 65.85% on $731.01; Claim# 4; Filed: $731.01; Reference: | 7100-000 | | 481.37 | 3,385.12 |
| 07/31/14 | 107 | Capital One, N.A. | Dividend paid 65.85% on $1,690.75; Claim# 5; Filed: $1,690.75; Reference: | 7100-000 | | 1,113.36 | 2,271.76 |
| 07/31/14 | 108 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,271.76 | 0.00 |
| | | | Dividend paid 100.00% on $2,250.00; Claim# ; Filed: $2,250.00    2,250.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $21.76; Claim# ; Filed: $21.76    21.76 | 2200-000 | | | 0.00 |
| 04/03/15 | {9} | Tom Moore | annual payment owed to debtor per marital settlement | 1129-000 | 11,564.52 | | 11,564.52 |
| 05/11/15 | 109 | MEGAN G. HEEG | Dividend paid 100.00% on $3,406.45, Trustee Compensation; Reference: | 2100-000 | | 1,156.45 | 10,408.07 |
| 05/11/15 | 110 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $3,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,000.00 | 7,408.07 |
| 05/11/15 | 111 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $2.50, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 2.50 | 7,405.57 |
| 05/11/15 | 112 | FIA CARD SERVICES, N.A. | Dividend paid 100.00% on $417.50; Claim# 1; | 7100-000 | | 142.56 | 7,263.01 |
| | | | Subtotals : | | $26,564.52 | $19,301.51 | |

{} Asset reference(s)

Printed: 04/16/2019 01:31 PM    V.14.50

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-81478-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | LAURENT, BETH A. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6366 - Checking Account |
| Taxpayer ID #: | **-***7763 | | Blanket Bond: | $2,827,000.00  (per case limit) |
| Period Ending: | 04/16/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Filed: $417.50; Reference: | | | | |
| 05/11/15 | 113 | Quantum3 Group LLC as agent for | Dividend paid 100.00% on $1,214.51; Claim# 2; Filed: $1,214.51; Reference: | 7100-000 | | 414.75 | 6,848.26 |
| 05/11/15 | 114 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $9,207.88; Claim# 3; Filed: $9,207.88; Reference: | 7100-000 | | 3,144.46 | 3,703.80 |
| 05/11/15 | 115 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $731.01; Claim# 4; Filed: $731.01; Reference: | 7100-000 | | 249.64 | 3,454.16 |
| 05/11/15 | 116 | Capital One, N.A. | Dividend paid 100.00% on $1,690.75; Claim# 5; Filed: $1,690.75; Reference: | 7100-000 | | 577.39 | 2,876.77 |
| 05/11/15 | 117 | Rockford Pain Center | Dividend paid 8.74% on $32,899.41; Claim# 6; Filed: $32,899.41; Reference: | 7200-000 | | 2,876.77 | 0.00 |
| 03/28/16 | {9} | Tom Moore | annual payment to Debtor per marital settlement | 1129-000 | 10,176.16 | | 10,176.16 |
| 05/19/16 | 118 | MEGAN G. HEEG | Dividend paid 100.00% on $4,424.07, Trustee Compensation;  Reference: | 2100-000 | | 1,017.62 | 9,158.54 |
| 05/19/16 | 119 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $423.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 423.00 | 8,735.54 |
| 05/19/16 | 120 | Rockford Pain Center | Dividend paid 35.29% on $32,899.41; Claim# 6; Filed: $32,899.41; Reference: | 7200-000 | | 8,735.54 | 0.00 |

|  | ACCOUNT TOTALS | 36,740.68 | 36,740.68 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 0.00 | |
|  | Subtotal | 36,740.68 | 36,740.68 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | NET Receipts / Disbursements | $36,740.68 | $36,740.68 | |

{} Asset reference(s)

Printed: 04/16/2019 01:31 PM     V.14.50

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 13-81478-TML  
**Case Name:** LAURENT, BETH A.  
**Taxpayer ID #:** **-***7763  
**Period Ending:** 04/16/19

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $2,827,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/04/17 | {9} | Tom Moore | Annual Distribution as part of Marital Settlement Agreement | 1129-000 | 10,868.84 | | 10,868.84 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.98 | 10,856.86 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.17 | 10,839.69 |
| 06/09/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2017 FOR CASE #13-81478, Bond #016018067 | 2300-000 | | 6.31 | 10,833.38 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.58 | 10,817.80 |
| 07/03/17 | 102 | STEPHEN G. BALSLEY | Trustee Compensation Pursuant to Court Order entered June 28, 2017 | 2100-000 | | 1,086.88 | 9,730.92 |
| 07/03/17 | 103 | Barrick, Switzer, Long, Balsley & Van Evera | Attorney for Trustee Compensation Pursuant to Court Order entered June 28, 2017 | 3110-000 | | 1,300.00 | 8,430.92 |
| 07/03/17 | 104 | Rockford Pain Center | Partial Distribution to Creditor pursuant to Court Order entered June 28, 2017 | 7200-000 | | 8,430.92 | 0.00 |
| 04/17/18 | {9} | Tom Moore | Annual Distribution as Part of Marital Settlement Agreement | 1129-000 | 10,868.84 | | 10,868.84 |
| 05/22/18 | 105 | STEPHEN G. BALSLEY | Trustee Compensation Pursuant to Court Order entered May 21, 2018 | 2100-000 | | 662.97 | 10,205.87 |
| 05/22/18 | 106 | Barrick, Switzer, Long, Balsley & Van Evera | Attorney for Trustee Compensation Pursuant to Court Order entered May 21, 2018 | 3110-000 | | 715.00 | 9,490.87 |
| 05/22/18 | 107 | Rockford Pain Center | Partial Distribution to Creditor Pursuant to Court Order entered May 21, 2018 | 7200-000 | | 9,490.87 | 0.00 |
| 03/29/19 | {9} | Tom Moore | Annual Distribution as Part of Marital Settlement Agreement (Final Payment) | 1129-000 | 10,868.84 | | 10,868.84 |
| | | | **ACCOUNT TOTALS** | | 32,606.52 | 21,737.68 | **$10,868.84** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 32,606.52 | 21,737.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$32,606.52** | **$21,737.68** | |

{} Asset reference(s)

Printed: 04/16/2019 01:31 PM    V.14.50

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 13-81478-TML | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| **Case Name:** | LAURENT, BETH A. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******0966 - Checking Account |
| **Taxpayer ID #:** | **-***7763 | | **Blanket Bond:** | $2,827,000.00  (per case limit) |
| **Period Ending:** | 04/16/19 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******6366** | 36,740.68 | 36,740.68 | 0.00 |
| **Checking # ******0966** | 32,606.52 | 21,737.68 | 10,868.84 |
| | $69,347.20 | $58,478.36 | $10,868.84 |

{} Asset reference(s)

# Exhibit C

## Case: 13-81478-TML  LAURENT, BETH A.

Claims Bar Date:  11/07/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | MEGAN G. HEEG<br><br>P.O. Box 447<br>Dixon, IL 61021<br><br><2100-00   Trustee Compensation>,  200 | Admin Ch. 7<br>04/25/13 | [Updated by Surplus to Debtor Report based on Net Estate Value: 62750.48] | $4,424.07<br>$4,424.07 | $4,424.07 | $0.00 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC<br>215 E. First Street<br>Dixon, IL 61021<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch. 7<br>04/25/13 | | $63.75<br>$63.75 | $63.75 | $0.00 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC<br>215 E. First Street<br>Dixon, IL 61021<br><3110-00   Attorney for Trustee Fees (Trustee Firm)>,  200 | Admin Ch. 7<br>04/25/13 | | $3,889.25<br>$3,889.25 | $3,889.25 | $0.00 |
| | MEGAN G. HEEG<br><br>P.O. Box 447<br>Dixon, IL 61021<br><2200-00   Trustee Expenses>,  200 | Admin Ch. 7<br>04/25/13 | | $21.76<br>$21.76 | $21.76 | $0.00 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC<br>215 E. First Street<br>Dixon, IL 61021<br><3110-00   Attorney for Trustee Fees (Trustee Firm)>,  200 | Admin Ch. 7<br>04/25/13 | | $3,000.00<br>$3,000.00 | $3,000.00 | $0.00 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC<br>215 E. First Street<br>Dixon, IL 61021<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch. 7<br>04/25/13 | | $2.50<br>$2.50 | $2.50 | $0.00 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC<br>215 E. First Street<br>Dixon, IL 61021<br><3110-00   Attorney for Trustee Fees (Trustee Firm)>,  200 | Admin Ch. 7<br>04/25/13 | | $423.00<br>$423.00 | $423.00 | $0.00 |
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108 | Admin Ch. 7<br>04/25/13 | Attorney for Trustee Compensation pursuant to Court Order entered June 28, 2017 (4th Interim Distribution). | $1,300.00<br>$1,300.00 | $1,300.00 | $0.00 |

# Exhibit C

## Case: 13-81478-TML    LAURENT, BETH A.

Claims Bar Date: 11/07/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)>, 200 | | | | | |
| | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108 | Admin Ch. 7<br>04/25/13 | | $1,963.45<br>$1,963.45 | $1,749.85 | $213.60 |
| | <2100-00 Trustee Compensation>, 200 | | | | | |
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108 | Admin Ch. 7<br>04/25/13 | Attorney for Trustee Compensation (5th Interim Distribution). | $715.00<br>$715.00 | $715.00 | $0.00 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)>, 200 | | | | | |
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108 | Admin Ch. 7<br>04/25/13 | Final Attorney for Trustee Compensation | $357.50<br>$357.50 | $0.00 | $357.50 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)>, 200 | | | | | |
| 1 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Unsecured<br>07/03/13 | | $417.50<br>$417.50 | $417.50 | $0.00 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| 1I | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Unsecured<br>07/03/13 | | $0.00<br>$3.04 | $0.00 | $3.04 |
| | <7990-00 Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | | | | | |
| 2 | Quantum3 Group LLC as agent for Allgate Financial LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>08/08/13 | | $1,214.51<br>$1,214.51 | $1,214.51 | $0.00 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| 2I | Quantum3 Group LLC as agent for Allgate Financial LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>08/08/13 | | $0.00<br>$8.83 | $0.00 | $8.83 |
| | <7990-00 Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | | | | | |
| 3 | Portfolio Recovery Associates, LLC successor to U.S. BANK NATIONAL ASSOCIAT<br>POB 41067<br>Norfolk, VA 23541 | Unsecured<br>08/20/13 | | $9,207.88<br>$9,207.88 | $9,207.88 | $0.00 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |

# Exhibit C

## Case: 13-81478-TML  LAURENT, BETH A.

Claims Bar Date: 11/07/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3I | Portfolio Recovery Associates, LLC successor to U.S. BANK NATIONAL ASSOCIAT POB 41067 Norfolk, VA 23541 <7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured 08/20/13 | | $0.00 $66.96 | $0.00 | $66.96 |
| 4 | Portfolio Recovery Associates, LLC successor to U.S. BANK NATIONAL ASSOCIAT POB 41067 Norfolk, VA 23541 <7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured 08/20/13 | | $731.01 $731.01 | $731.01 | $0.00 |
| 4I | Portfolio Recovery Associates, LLC successor to U.S. BANK NATIONAL ASSOCIAT POB 41067 Norfolk, VA 23541 <7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured 08/20/13 | | $0.00 $5.32 | $0.00 | $5.32 |
| 5 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 <7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured 08/28/13 | | $1,690.75 $1,690.75 | $1,690.75 | $0.00 |
| 5I | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 <7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured 08/28/13 | | $0.00 $12.30 | $0.00 | $12.30 |
| 6 | Rockford Pain Center c/o Professional Billing Office 6785 Weaver Rd, Suite D Rockford, IL 61114 <7200-00  Tardy General Unsecured § 726(a)(3)>, 620 | Unsecured 12/19/13 | | $32,899.41 $32,899.41 | $29,534.10 | $3,365.31 |
| 6I | Rockford Pain Center c/o Professional Billing Office 6785 Weaver Rd, Suite D Rockford, IL 61114 <7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured 12/19/13 | | $0.00 $239.26 | $0.00 | $239.26 |

# Exhibit C

## Case: 13-81478-TML    LAURENT, BETH A.

Claims Bar Date:  11/07/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| SURPLUS | LAURENT, BETH A.<br>1640 510th Street<br>Linn Grove, IA 51033<br><8200-00   Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)>,  650 | Unsecured<br>04/25/13 | | $6,596.72<br>$6,596.72 | $0.00 | $6,596.72 |
| NOTFILED | Harley Davidson Credit<br>8529 Innovation Way<br>Chicago, IL 60682-0085<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>04/25/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Harley Davidson Credit<br>Attn Customer Service<br>POB 22048<br>Carson City, NV 89721<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>04/25/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | US Bank<br>PO Box 790179<br>Saint Louis, MO 63179-0179<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>04/25/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Codilis & Associates<br>15W030 North Frontage Road<br>Suite 100<br>Willowbrook, IL 60527<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>04/25/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | US Bank Home Mortgage<br>PO Box 20005<br>Owensboro, KY 42304-0005<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>04/25/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Capital One Bank<br>PO Box 60024<br>City Of Industry, CA 91716<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/25/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Capital One Bank<br>PO Box 5294<br>Carol Stream, IL 60197-5294<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/25/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Capital One Bank (USA), NA<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/25/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Case:  13-81478-TML   LAURENT, BETH A.

Claims Bar Date:   11/07/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | FMS Inc.<br>POB 707600<br>Tulsa, OK 74170<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/25/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Progressive Financial Services, Inc<br>PO Box 22803<br>Tempe, AZ 85285<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/25/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Chase Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/25/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Law Office of Curtis Barnes PC<br>POB 1390<br>Anaheim, CA 92815<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/25/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Sam's Club Monogram Credit Card Bank Georgia<br>PO Box 105982 - Dept. #77<br>Atlanta, GA 30353-5982<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/25/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Sam's Club<br>PO Box 29116<br>Mission, KS 66201<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/25/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Sam's Club / GEMB<br>PO Box 530942<br>Atlanta, GA 30353-0942<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/25/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Rush Medical Center<br>17 Harrison<br>Chicago, IL 60612<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/25/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Sprint<br>PO Box 4191<br>Carol Stream, IL 60197-4191<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/25/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Case: 13-81478-TML    LAURENT, BETH A.

Claims Bar Date: 11/07/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | Allied Interstate Inc. PO Box 361598 Columbus, OH 43236 <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 04/25/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| NOTFILED | Portfolio Recovery Associates PO Box 12914 Norfolk, VA 23541 <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 04/25/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| | | | Case Total: | | $58,384.93 | $10,868.84 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 13-81478-TML
Case Name: LAURENT, BETH A.
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:** $ 10,868.84

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 10,868.84

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 4,424.07 | 4,424.07 | 0.00 |
| Trustee, Expenses - MEGAN G. HEEG | 21.76 | 21.76 | 0.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,372.50 | 2,015.00 | 357.50 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 66.25 | 66.25 | 0.00 |
| Trustee, Fees - STEPHEN G. BALSLEY | 1,963.45 | 1,749.85 | 213.60 |
| Attorney for Trustee Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 7,312.25 | 7,312.25 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 571.10
Remaining balance: $ 10,297.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,297.74

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 10,297.74 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,261.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 417.50 | 417.50 | 0.00 |
| 2 | Quantum3 Group LLC as agent for | 1,214.51 | 1,214.51 | 0.00 |
| 3 | Portfolio Recovery Associates, LLC | 9,207.88 | 9,207.88 | 0.00 |
| 4 | Portfolio Recovery Associates, LLC | 731.01 | 731.01 | 0.00 |
| 5 | Capital One, N.A. | 1,690.75 | 1,690.75 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 10,297.74 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 32,899.41 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Rockford Pain Center | 32,899.41 | 29,534.10 | 3,365.31 |

|  | Total to be paid for tardy general unsecured claims: | $ | 3,365.31 |
|---|---|---|---|
|  | Remaining balance: | $ | 6,932.43 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 6,932.43 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $335.71.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 6,596.72.

**UST Form 101-7-TFR (05/1/2011)**