UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                                         )
                                               )
**LAURENT, BETH A.**                           )   Bankruptcy Case No. 13-81478 TML
                                               )   Chapter 7
                                               )
Debtor(s).                                     )

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 29, 2019, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

LAURENT, BETH A.
1640 510th Street
Linn Grove, IA 51033

FIA CARD SERVICES, N.A.
P O Box 982284
El Paso, TX 79998-2238

Quantum3 Group LLC as agent for
Allgate Financial LLC
PO Box 788
Kirkland, WA 98083-0788

Portfolio Recovery Associates, LLC
successor to U.S. BANK NATIONAL ASSOCIAT
POB 41067
Norfolk, VA 23541

Capital One, N.A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Rockford Pain Center
c/o Professional Billing Office
6785 Weaver Rd, Suite D
Rockford, IL 61114

/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611
sbalsley@bslbv.com